1   Fowler St. Clair, PLLC
2   1201 S. Alma School Rd., Ste. 10850
    Mesa, AZ 85210
3   Telephone: (480) 302-7207
    fowler@fowlerstclair.com
4   Andrew M. Fowler, Esq. – SBN 025481
5   *Attorneys for Plaintiff*

6                   **UNITED STATES DISTRICT COURT**
7                        **DISTRICT OF ARIZONA**

8   RICK L. FLORY; GRAND TETON             **CASE NO.**
    PARTNERS, LLP, an Arizona limited
9   liability partnership; JACKSON HOLE
10  PARTNERS, LLP; an Arizona limited      **DECLARATION OF ANDREW M.**
    liability partnership; Sierra-Sonora   **FOWLER IN SUPPORT OF MOTION**
11  Enterprises, Inc., an Arizona corporation,   **FOR JUDGMENT DEBTORS EXAM**
12
                    Plaintiffs/Judgment Creditors,
13  vs.
14
    KARL SAUER; JNR DEVELOPMENT,
15  LLC, an Arizona limited liability company;
    PREVENTATIVE MAINTENANCE
16  CONTRACT SERVICES, LLC, an Arizona
17  limited liability company,
18
        Defendants/Judgment Debtors.
19
    I, Andrew M. Fowler, declare as follows:
20
21      1.      That I am the attorney for Judgment Creditors Rick L. Flory, Grand Teton
22  Partners, LLP, and Jackson Hole Partners, LLP.
23      2.      That on October 30, 2007, Judgment Creditors obtained a judgment against
24  Karl Sauer and others, in the United States Bankruptcy Court in and for the District of
25  Arizona in the case entitled ***RICK L. FLORY; GRAND TETON PARTNERS, LLP, an***
26  ***Arizona limited liability partnership; JACKSON HOLE PARTNERS, LLP; an Arizona***
27
28                                                                                    1

*limited liability partnership; SIERRA-SONORA ENTERPRISES, INC., an Arizona corporation, vs. KARL SAUER; JNR DEVELOPMENT, LLC, an Arizona limited liability company; PREVENTATIVE MAINTENANCE CONTRACT SERVICES, LLC, an Arizona limited liability company,* Adv. Proc. No. 2:07-ap-00024-CGC (the "Judgment").

4.  That no portion of the judgment has been paid and accordingly there remains an unpaid balance on the judgment.

5.  Therefore, I respectfully requests that an order be made and entered by a judge of the United States District Court in the District of Arizona requiring Karl Sauer to appear at the time and place on the Order, to then and there answer questions concerning his property, and to bring with him the documents listed on <u>Exhibit A</u>, to the Motion being filed simultaneously with this Declaration and that Karl Sauer pay reasonable attorneys' fees incurred as a result of this supplemental proceeding.

6.  I certify under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of September, 2013.

Andrew M. Fowler
*Attorney for Judgment Creditors*