IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rick L. Flory; Grand Teton Partners, LLC, an Arizona limited liability partnership; Jackson Hole Partners, LLC, an Arizona limited liability partnership; Sierra-Sonora Enterprises, Inc., an Arizona corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>Karl Sauer; JNR Development, LLC, an Arizona limited liability company; Preventative Maintenance Contract Services, LLC, an Arizona limited liability company,<br><br>Defendants. | No. MC-13-0080-PHX-LOA<br><br>**ORDER** |

Upon consideration of the parties' Stipulation to Reschedule the Judgment Debtor Examination of Judgment Debtor Karl Sauer, doc. 11, between Plaintiffs, judgment-creditors, and Karl Sauer, judgment-debtor, and good cause appearing,

**IT IS ORDERED granting** the Parties' Stipulation, doc. 11, that the Judgment Debtor Exam of Karl Sauer is reset from November 1, 2013, and that Judgment Debtor Karl Sauer shall appear before Magistrate Judge Lawrence O. Anderson, Sandra Day O'Connor U.S. Courthouse, 401 West Washington, Courtroom 302, Phoenix, Arizona 85003, on **Thursday, November 14, 2013 at 10:00 a.m**.

**IT IS FURTHER ORDERED** that Judgment-Debtor Karl Sauer having waived in writing any requirement that the Court's order granting this stipulation be personally served, Judgment-Debtor Karl Sauer shall appear for his judgment-debtor examination before

1  Magistrate Judge Lawrence O. Anderson, Sandra Day O'Connor U.S. Courthouse, 401 West
2  Washington, Courtroom 302, Phoenix, Arizona 85003, on **Thursday, November 14, 2013**
3  **at 10:00 a.m**. or the consequences outlined in the Court's September 30, 2013 Order may
4  be imposed on him for his failure to appear.

   **IT IS FURTHER ORDERED** that counsel for Plaintiffs shall promptly provide Karl
   Sauer with a copy of this Order.

   DATED this 24th day of October, 2013.

   Lawrence O. Anderson
   United States Magistrate Judge